```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                          AT DANVILLE, VA
                                                               FILED
        IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF VIRGINIA              SEP 0 6 2006
                   ROANOKE DIVISION
                                                       JOHN F. CORCORAN, CLERK
                                                       BY: /s/ HMcDonald
                                                              DEPUTY CLERK
```

| | |
|---|---|
| DOUGLAS LEE LINCOLN )  | |
|     Plaintiff, ) | Civil Action No. 7:06CV00506 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| JOHN B. COLEMAN, <u>et</u> <u>al.</u>, ) | By: Hon. Jackson L. Kiser |
|     Defendants. ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that, pursuant to 28 U.S.C. § 1915A(b)(1), this action shall be and hereby is **DISMISSED** without prejudice. This case shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 6th day of September, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge