IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **DOUGLAS LEE LINCOLN** <br> Plaintiff, | ) <br> ) Civil Action No. 7:06CV00506 <br> ) |
| v. | ) **FINAL ORDER** <br> ) |
| **JOHN B. COLEMAN, et al.,** <br> Defendants. | ) By: Hon. Jackson L. Kiser <br> ) Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that, pursuant to 28 U.S.C. § 1915A(b)(1), this action shall be and hereby is **DISMISSED** without prejudice. This case shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This 6th day of September, 2006.

*/s/ Jackson L. Kiser*
Senior United States District Judge